# In the United States Court of Federal Claims

No. 21-1762

(Filed: 21 October 2021)

```
*****************************************
JUSTEN NOLL,                              *
                                          *
                   Plaintiff,             *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                   Defendant.             *
                                          *
*****************************************
```

## **ORDER**

      On 26 August 2021, plaintiff, proceeding *pro se*, filed his complaint with this Court. *See* Compl., ECF No. 1. Along with his complaint, plaintiff submitted an incomplete application to proceed *in forma pauperis*. *See* Appl. to Proceed *In Forma Pauperis* (received by the Court 26 August 2021). On 20 October 2021, plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Rules of the Court of Federal Claims ("RCFC"). *See* Notice of Voluntary Dismissal (received by the Court 20 October 2021). The government has not yet responded to plaintiff's complaint in this case.

      Plaintiff's application to proceed *in forma pauperis* is missing answers to two questions and is therefore deficient. Accordingly, the Court **REJECTS** plaintiff's attempted filing. In consideration of plaintiff's notice of voluntary dismissal, and the lack of response on behalf of the government in this case, the Court does not request plaintiff refile his application to proceed *in forma pauperis*. Rather, the Court directs the Clerk to **DISMISS** the case without prejudice pursuant to RCFC 41(a)(1)(A)(i).

      **IT IS SO ORDERED.**

                                                                    s/ Ryan T. Holte
                                                                    RYAN T. HOLTE
                                                                      Judge